LAWRENCE J. GORNICK, ESQ. (SBN 136290)
DENNIS J. CANTY, ESQ. (SBN 207978)
EMILY CHARLEY, ESQ. (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, California 94104
Telephone    (415) 646-7160
Facsimile     (415) 981-1270

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY MARTIN,<br><br>    Plaintiff,<br><br>vs.<br><br>ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P., ELI LILLY AND COMPANY,<br><br>    Defendants. | Case No. C 06 0560 MJJ<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P.**<br> AND ORDER<br><br>HON. MARTIN J. JENKINS |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff voluntarily dismisses without prejudice **ONLY** defendants **ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P.**, from the above-captioned action.

Dated: June 15, 2006                         **LEVIN SIMES KAISER & GORNICK LLP**

                                                  /S/
                                                Dennis J. Canty
                                                Attorneys for Plaintiff

IT IS SO ORDERED
/s/ Martin J. Jenkins
Judge Martin J. Jenkins

6/19/2006