IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY MARTIN, | No. C-06-0560 MMC |
| Plaintiff, | **ORDER STATISTICALLY CLOSING CASE IN LIGHT OF TRANSFER** |
| v. | |
| ASTRAZENECA PHARMACEUTICALS, LP, et al., | |
| Defendants / | |

On December 20, 2006, the above-titled action was transferred to the Eastern District of New York for inclusion in In re Zyprexa, MDL 1596. (See Martin v. AstraZeneca Pharmaceuticals, LP, C-06-4657, Eastern District of New York, Docket #2.)

Accordingly, in light of the transfer, the Clerk is hereby DIRECTED to statistically close the case. Nothing contained in this order shall be considered a dismissal or disposition of the action, and should further proceedings become necessary herein, any party may initiate them in the same manner as if this order had not been entered.

**IT IS SO ORDERED.**

Dated: February 20, 2008

MAXINE M. CHESNEY
United States District Judge